**WO**

1

2

3

4

5

6                    **IN THE UNITED STATES DISTRICT COURT**

7                         **FOR THE DISTRICT OF ARIZONA**

8

9   Plaza 75 Shopping Center, LLC, a          )   No. CV10-0592 PHX DGC
    Delaware limited liability company,       )
10                                            )
              Plaintiff,                      )
11                                            )   **ORDER**
    vs.                                       )
12                                            )
    Big Lots Stores, Inc., an Ohio            )
13  corporation,                              )
                                              )
14            Defendant.                      )
    _____  )

15

16        Defendant filed a motion for attorney's fees in the amount of $26,030.  Doc. 49.

17  Plaintiff subsequently appealed this Court's judgment.  Doc. 52.  Because the case has been

18  appealed, Defendant's motion is denied without prejudice.  The parties may again address

19  attorney's fees after the appeal has been resolved.

20        **IT IS ORDERED** that Defendant's motion for attorney fees (Doc. 49) is **denied**

21  **without prejudice**.

22        DATED this 7th day of March, 2011.

23

24

25

26  _____
                    David G. Campbell
27                United States District Judge

28